IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TONYA Y. BOZEMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 21-00350-CV-W-WBG |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

Pending is Plaintiff's Application for Attorney's Fees. Doc. 22. Plaintiff requests an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,594.40. Doc. 22-1. In the application, Plaintiff's counsel concedes an EAJA award belongs to Plaintiff and is subject to offset to satisfy outstanding debt owed to the federal government. Doc. 22 at 1, n.1; *see also* 28 U.S.C. § 2412(d)(1)(A) (directing the Court to award attorney fees to the prevailing party); *Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010) (holding an EAJA fee award is subject to offset for any debts owed to the federal government and shall not be paid directly to the prevailing party's attorney). Defendant does not object to the requested attorney's fees. Doc. 23 at 1.

Upon review of Plaintiff's application for attorney's fees, the Court finds the requested fees are reasonable and **GRANTS** the application for attorney's fees. Defendant shall make the $5,594.40 fee award payable to Plaintiff, subject to any pre-existing debt Plaintiff owes to the federal government.

**IT IS SO ORDERED.**

DATE: December 12, 2022         */s/ W. Brian Gaddy*
                                W. BRIAN GADDY
                                UNITED STATES MAGISTRATE JUDGE